**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

In re:                                                         *

ILIAD TERRA                                         *        Case No.:12- 24836
                                                                              Chapter 13
                                                                 *

          Debtor
*        *        *        *        *        *        *        *


**MOTION TO EXTEND TIME TO FILE, SCHEDULES,**
**SUMMARY OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND**
**FORM 22A**

Iliad Terra (the "Debtor"), by and through undersigned counsel, pursuant to Federal Rules of

Bankruptcy Procedure 1007(c) and 9006(b)(1) files this Second Motion to Extend Time to File,

schedules, summary of schedules, statement of financial affairs and Form 22A (the "Motion")

and in support thereof states as follows:

          1.        The Bankruptcy Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§

1334(b) and 157(b).  This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is

proper pursuant to 28 U.S.C. § 1409.

          2.        On August 10, 2012,  (the "Petition Date"), the Debtor filed a petition for relief

under Chapter 13 of the United States Bankruptcy Reform Act of 1978, as amended (the

"Code"). Therefore, pursuant to Fed. R. Bankr. P. 1007(c) and Fed. R. Bankr. P. 3015(b), the

schedules, summary of schedules, and the statement of financial affairs and Form 22C are due to

be filed on or before **August 24, 2012** The Debtor requests a seven day extension of time for

reason set forth below.  The Meeting of creditors is set for **September 18, 2012**.

          3.        That the Statement of Financial Affairs are complete,  however counsel still needs

additional time and information to fully complete both the Schedules and Form 22A.

4.      Pursuant to Fed. R. Bankr. P. 1007(c) , the Court may enter an Order extending time to file the schedules, summary of schedules, and the statement of financial affairs for good cause.  The Debtor submits that cause exists as the Debtor has been attempting to collect all the information but has not yet been able to locate all of the needed information.

5.      Creditors will not be prejudiced by this brief extension.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order that:

A.      Extends the time for filing the Schedules, Summary of Schedules, Statement of Financial Affairs and Form 22A,  through **September 10, 2012**; and

B.      Grant such other and further relief as justice and equity demand.

Respectfully submitted,

/s/ Adam B. Ross
Adam B. Ross, Fed. Bar No. 28782
**The Law Offices of Richard B. Rosenblatt, PC**
30 Courthouse Square, Suite 302
Rockville, Maryland 20852
(301) 340-8200

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 23, 2012, a copy of the foregoing Motion to Extend Time to File, Summary of Schedules, Statement of Financial Affairs and Form 22A was served by ECF or first class mail, postage prepaid, on:


Chapter 13 Trustee

and all creditors and parties in interest


/s/ Adam B. Ross
Adam B. Ross, Fed. Bar No. 28782